FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
   TERRIE LIVINGSTON

JUSTICES
   LEE ANN DAUPHINOT
   ANNE GARDNER
   SUE WALKER
   BILL MEIER
   LEE GABRIEL
   BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
   DEBRA SPISAK

CHIEF STAFF ATTORNEY
   LISA M. WEST

GENERAL COUNSEL
   CLARISSA HODGES

April 17, 2015

Lisa Mullen
3149 Lackland Rd., Ste. 102
Fort Worth, TX 76116
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:   02-14-00213-CR
                                    02-14-00214-CR
                                    02-14-00215-CR
         Trial Court Case Number:   1338837D
                                    1338838D
                                    1338699D

Style:   Joseph Alan Neeley
         v.
         The State of Texas

Please be advised that Chief Justice Nathan L. Hecht of the Supreme Court of Texas has assigned the Honorable Charles Bleil as a visiting justice in the above case in accordance with Texas Government Code §§ 74.003, 75.002, and 75.003.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Shoshanna Cordova, Deputy Clerk